IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HAZEL REYNA, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00291-JKP |
| | § | |
| 5 STAR LIFE INSURANCE COMPANY, | § | |
|     *Defendant* | § | |

## FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES HAZEL REYNA, hereinafter called Plaintiff, complaining of and about 5 STAR LIFE INSURANCE COMPANY, hereinafter called Defendant, and for cause of action shows unto the Court the following:

### PARTIES, SERVICE AND JURISDICTION

1. Plaintiff, HAZEL REYNA, is a resident of Bexar County, Texas.

2. Defendant, 5 STAR INSURANCE COMPANY, has appeared in this case for all purposes.

3. This Court has diversity jurisdiction under 28 U.S.C. § 1441.

### FACTUAL BACKGROUND

4. A. Plaintiff is the widow of Dale P. Juarez, who died on November 22, 2020 at the age of 54. Plaintiff is the beneficiary of a group term life insurance policy on the life of Mr. Juarez issued by Defendant. In April 2019, the policy was sold simultaneously by agent Jimmie Sewell to several police officers of the Floresville, Texas police department, including to Decedent. Plaintiff Hazel Reyna also was sold a policy at the same time as Dale's spouse. See "Enrollment Form," filled out by Dale

1

Juarez which includes a "Statement of Health," attached to and incorporated herein as Exhibit A.

  B. All premiums were paid by automatic deduction from the Decedent's checking account.

  C. Attached to and incorporated in this Complaint as Exhibit B is the Coverage and Contribution Rate Schedule and the attached Certificate which set out "all terms and conditions of the Covered Person's Coverage." Certificate, p. 7. The insurance was effective on May 9, 2019.

  D. The insured Dale P. Juarez died suddenly on November 22, 2020 of hemorrhagic pancreatitis, according to the Bexar County Medical Examiner's autopsy of November 23, 2020.

  E. In December 2020, Defendant began to review the life insurance claim of Plaintiff, Hazel Reyna, for the $100,000 benefits and again requested medical authorizations to obtain the Decedent's medical records. In April 2021, Defendant denied liability for the Group Term Level Life Insurance. A true copy of the denial letter with attachments is attached to and incorporated in this Complaint marked Exhibit C.

## **BREACH OF CONTRACT**

  5. Defendant's reasons for denial of the claim are not valid and the policy benefits are due to Plaintiff for the following reasons:

  A. Decedent did not misrepresent his health history on Question 1 B of the unsworn Statement of Health (Exhibit A). Decedent was being treated for pre-diabetes but not diabetes. A large segment of the United States population is pre-diabetic. Moreover, the claim in the denial letter (attached and incorporated as Exhibit C) that he

2

was being treated for "Chronic back pain in combination with elevated height (sic) and weight" does not show a misrepresentation in answer to Question 1 B, even if true.

B.   The "Conditions Relating to this Enrollment Form" on Exhibit A contained a signed medical and financial authorization and stated that "if within 60 days of receipt of all required documentation this enrollment form is not approved, it will become void and any contributions paid will be refunded; I will be so notified."  The broad authorization further stated "I understand that this information will be used to determine my eligibility for coverage."  Defendant failed to notify Decedent that his coverage was not approved, for over 18 months after approving the coverage in May 2019.  The coverage was not denied until after the insured had died.  Defendant has waived and/or is estopped from asserting this condition of eligibility.

C.   The immediate cause of the insured's death was of hemorrhagic pancreatitis, according to the death certificate.  It is denied that the insured made a false representation in his Statement of Health.  But even if it was found that the insured did make a false representation, the insurer did not rely on it, but required and obtained a broad authorization to investigate the applicant's eligibility.  The lack of reliance is further shown by the fact that Defendant issued a $50,000 life policy to Plaintiff as Decedent's spouse without requiring a Statement of Health from her.  Moreover, the insured did not intend to deceive the insurer in completing the application; and the misrepresentation, if any, was not a material fact and did not affect the risks assumed.

D.   Since suit was filed, Defendant now claims numerous additional reasons for attempting to rescind the policy after the insured's death, all related to the decedent's medical history.  Plaintiff will show that even if decedent had misrepresented

his health history, which is denied, such claim of misrepresentations are not material. Under Defendant's underwriting guidelines, none of decedent's alleged medical conditions would have prevented issuance of the policy.

6. Plaintiff did not waive her rights to seek policy benefits by cashing a check for $646 from Defendant which was not identified as a premium refund check and did not contain any disclosure that the check was intended to buy a release from Plaintiff or that that check was intended in full settlement of her claim for policy benefits. Plaintiff did not intentionally relinquish a known right by cashing the check, and did not agree to give up her right to seek policy benefits.

7. Plaintiff seeks damages, consisting of the policy benefits, plus interest, penalties, and attorney's fees under §542.060 of the Texas Insurance Code. Attorney's fees are also due under §38.001, Tex. Civ. Prac. and Rem. Code, notice of claim having been provided to Defendant more than 30 days prior to this suit.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, for judgment as set forth above, for reasonable attorney's fees and costs of court; and for such other and further relief in law or equity to which she may show herself justly entitled.

Respectfully submitted,

RILEY & RILEY
ATTORNEYS AT LAW

By: _____
Darby Riley
Texas Bar No. 16924400
320 Lexington Avenue
San Antonio, Texas  78215-1913
(210) 225-7236 (telephone)
(210) 227-7907 (facsimile)
darbyriley@rileylawfirm.com
***ATTORNEY FOR PLAINTIFF,***
***HAZEL REYNA***

## CERTIFICATE OF SERVICE

I certify that a copy of Plaintiff's First Amended Complaint has been served on all counsel of record and parties listed on August 2, 2023.

| | |
|---|---|
| David Brenner | Via e-serve: dbrenner@bajb.com |
| Karen L. Miller | Via e-serve: kmiller@bajb.com |
| BURNS ANDERSON JURY & BRENNER, L.L.P. | |
| PO Box 26300 | |
| Austin, Texas  78755-0300 | |

_____
Darby Riley

**Underwritten by 5Star Life Insurance Company (a Baton Rouge, Louisiana Company)**
Offered through Armed Forces Benefit Association (AFBA) • 1-800-776-2322 • www.afba.com

Agent Number: E G A 6 2 B D U
2nd Agent Split:
Agent Level: 1 5
Source Code:
(TPA Code) TPA Code

**5Star Group Level Term**
**Emergency Service Personnel and Government Enrollment Form**

ESP 410 1

INTERNAL USE ONLY:
Pymt Enclosed: ○ Yes ○ No ○ Split
Amt: $
CC/Checkmatic Auth Rec'd: ○ Yes ○ No
Attachments: Initials:

USE BLACK OR BLUE INK AND PRINT USING ALL UPPER CASE LETTERS.

## Sponsor Information

Rank Grade Prefix:
Last Name: JUAREZ
First Name: DALE
M.I.: P
D.O.B.: 12/29/1965
SSN: ___-___-1612
Height: 5 FT 10 IN
Weight: 250 LBS

☑ Male ○ Female
☑ Non-Tobacco* ○ Tobacco User*
☑ Married ○ Not Married
AFBA# (Current/Past Members Only):
Department Code:

Choose One: ○ Fire Department ☑ Law Enforcement ○ Emergency Med Tech ○ Non ESP Government

Address Line 1: 5310 RAMBOWLLETTE DR
Address Line 2:
City: SAN ANTONIO
State: TX
Zip: 78247-
E-Mail: DJUAREZ65@YAHOO.COM
Phone Number: 210-264-7896

* Tobacco user is one who has used any tobacco product in the past 12 months.

## Spouse Information

Last Name: REYNA
First Name: HAZEL
M.I.:
D.O.B.: 06/04/1966
SS: ___-0614
Height: 5 FT 04 IN
Weight: 160 LBS

○ Male ☑ Female
☑ Non-Tobacco* ○ Tobacco User*

## Coverage and Contributions

**Contribution Mode:** (Please choose only one.)
- ○ Payroll Deduct* — 1
- ☑ Monthly Credit Card — 1
- ○ Monthly Checkmatic — 2
- ○ Quarterly Bill — 3
- ○ Semi-Annual Bill — 6
- ○ Annual Bill — 12
- ○ List Bill** (Employer Tax ID required)
** Limited availability

Sponsor's Coverage: $ 100,000
Spouse's Coverage: $ 50,000
Children's Coverage: ○ Yes ☑ No
Children's Units: (may not exceed 5)
Employer Tax ID: (List Bill Only)

Sponsor's Monthly Contribution: $ 34.00
Spouse's Monthly Contribution: $ 17.00
Children's Monthly Contribution: + $ .
Total Monthly Contribution: $ 51.00
Contribution Mode: X 01
Total Amount Due: $ 51.00

Over

ESP/Gov't App R410
6/13 (6/14)

**EXHIBIT A**

2019041800060044

## Beneficiary(ies)

As applicant, I designate beneficiary(ies) to receive benefits as indicated below.
Spouse and children's beneficiary is the applicant unless otherwise designated.

| | First Name | Last Name | SSN | Relationship | DOB |
|---|---|---|---|---|---|
| Beneficiary of: Applicant | HAZEL | REYNA | ☐☐☐-☐☐-☐☐☐☐ | SPOUSE | 06/59/1966 |
| Spouse | DALE | JUAREZ | | SPOUSE | 12/28/1966 |

ESP 2 410

## Other Insurance

**Answer only if this is an agent or broker initiated sale:**
Do you have any existing life insurance or annuity contracts? ◯ Yes ⊘ No
If yes, and you live in AK, AL, AR, AZ, CO, HI, IA, KY, LA, MD, ME, MS, MT, NE, NH, NJ, NM, NC, OH, OR, RI, TX, UT, VA, VT or WV please complete and sign the Notice: Replacement of Life Insurance and Annuity. The Notice must be **presented** and **read** to you by your agent at the time he/she takes your application.
Will the coverage applied for replace any existing life insurance or annuities? ◯ Yes ⊘ No
If yes, and you do not live in the above listed states, please complete and sign the applicable state-specific Notice: Replacement of Life Insurance and Annuity.

## Statement of Health

Answer each question and initial below to acknowledge you've read and, **TO THE BEST OF YOUR KNOWLEDGE AND BELIEF**, understood each question. Circle the specific condition and give full details to any "yes" answers on a separate 8 1/2 x 11 piece of paper.

| | Applicant Yes No | Spouse Yes No | Children* Yes No |
|---|---|---|---|
| I. In the last 10 years, has any Applicant under this application for coverage: | | | |
| A. Had a life or health insurance application declined or rated? | ◯ ⊠ | ◯ ⊠ | ◯ ◯ |
| B. Been diagnosed or treated by a physician for any of the following: High blood pressure, high cholesterol, cardiac chest pain, heart attack, vascular disease (plaque in arteries), or any heart or blood vessel disorder; cancer or blood disorder; stroke, seizures, progressive neuropathy, or any nervous system disease; shortness of breath, asthma, chronic obstructive pulmonary disease (COPD), or any respiratory tract disorder; ulcers, hepatitis, colitis, disorder of the pancreas, liver, esophagus, stomach, or intestines; depression, schizophrenia, or any mental condition; diabetes, thyroid, pituitary, adrenal, or hormone disorder; disorder of the kidney, bladder, urinary tract, genital tract, or reproductive system; or any significant medical disorders? | ◯ ⊠ | ◯ ⊠ | ◯ ◯ |
| II. In the past 5 years, has any Applicant: | | | |
| A. Been treated by a physician or medical facility or received professional counseling for alcohol or drug dependency or been advised to reduce or discontinue the use of alcohol? | ◯ ⊠ | ◯ ⊠ | ◯ ◯ |
| B. Been convicted for driving under the influence of alcohol or drugs or while intoxicated? | ◯ ⊠ | ◯ ⊠ | ◯ ◯ |
| C. Used amphetamines, cocaine, heroin, hallucinogens, barbiturates, marijuana, narcotics or any drug except as medication prescribed by a physician? | ◯ ⊠ | ◯ ⊠ | ◯ ◯ |
| III. Has any Applicant been diagnosed or treated by a physician or tested positive for Human Immunodeficiency Virus (HIV), Acquired Immunodeficiency Syndrome (AIDS), or AIDS-Related Complex (ARC)? | ◯ ⊠ | ◯ ⊠ | ◯ ◯ |

IV. List each prescribed medication taken regularly or frequently by any Applicant: _____

* **Number of Children** ___ If you answer "yes" to any of the above questions regarding a child(ren), please provide the child(ren)'s name, date of birth and the question # the answer refers to on a 8 1/2 x 11 piece of paper.

Initial Here: DJ

## Conditions Relating to this Enrollment Form

**Group Eligibility:** I am eligible to apply for this group level term life insurance coverage as a Member or an Associate Member as defined in the Master Group Policy and described in the Certificate of insurance coverage. **Agreement:** In the absence of my spouse, I, as sponsor, have the appropriate knowledge to answer the questions for my spouse and children. I represent that all statements and answers in this enrollment form are complete, true and correctly recorded **TO THE BEST OF MY KNOWLEDGE AND BELIEF**. I agree that 1) upon approval of this enrollment form by 5Star Life Insurance Company, it and the Certificate of insurance coverage issued to me will describe the benefits and terms of coverage provided under the Master Group Policy; 2) coverage applied for will not become effective until approved by 5Star Life Insurance Company and is subject to each covered person's health being as described in this enrollment form, and upon receipt of the full first contribution, in which case the coverage shall take effect as of the effective date as shown in the Certificate of insurance coverage; 3) if within 60 days of receipt of all required documentation this enrollment form is not approved, it will become void and any contributions paid will be refunded; I will be so notified. **Note:** Within the time limits prescribed by the law of the state where you live, no benefits will be paid and contributions will be refunded if the covered person commits suicide while sane or insane. Refer to your Certificate of insurance coverage for details. **Authorization:** I hereby authorize any licensed physician; medical practitioner; hospital; clinic; insurance company; employer; financial institution; Medical Information Bureau; or Motor Vehicle Administration that may have records of my financial, physical, or mental health condition to give 5Star Life Insurance Company, its authorized representative, and its reinsurers any such information. I understand that this information will be used to determine my eligibility for coverage and that I may revoke this authorization and enrollment form at any time by providing written notice. A photocopy of this authorization shall be as valid as the original. This authorization shall be valid for 24 months from the date below. I acknowledge that I, or my authorized representative is entitled to receive a copy of this authorization. **Signature must be personal.**

Sponsor's Signature: _[signed]_ Date: 04/18/2019
Spouse's Signature: _____ Date: MM/DD/YYYY
Signed at (City, State): NATALIA, TX

**Agent Certification:** I certify that I asked all the questions and had the Sponsor sign in my presence.
Is Sponsor or Spouse replacing existing coverage? ◯ Yes ⊘ No
Agent Name: J. SEWELL
Agent Signature: _[signed]_ Sewell
Paramed Ordered? ◯ Yes ⊘ No
Date: 04/10/2019

**NOTE:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information may be guilty of a crime and may be subject to fines and confinement to prison.  6/13
ESP/Gov't App R410   Not available in all states • Admin Office: 909 N. Washington St, Alexandria, VA 22314 • 1-800-776-2322 • www.afba.com   (6/14)

2019041800060044

## COVERAGE AND CONTRIBUTION RATE SCHEDULE

**Group Policy Number:** LT050197(Rev)
**Group Policy Holder:** Armed Forces Benefit Association

**Certificate ID:** 1910800657
**Plan:** 5Star Group Level Term
**Insured:** Dale P Juarez
**Initial Coverage Amount:** $100,000
**Contributions:** Payable for 17 years

**Effective Date of Insurance:** May 9, 2019
**Expiry Date:** May 9, 2036
**Date of Birth:** 12/29/1965   **Issue Age:** 53
**Rating Class:** Standard Non-Tobacco User, Male
**Payment Mode:** Monthly Credit Card

**Owner and Beneficiary:** As stated in the Enrollment Form for this certificate unless changed in accordance with the section of your certificate entitled "Owner and Beneficiary".

**Plan Description:** Level amount of coverage to age 70, as long as all contributions are paid.

**Current Contribution:** $34.00 per month

**Additional Benefits:** None

**MonthlyContribution Schedule for $100,000**

| Ages | Monthly Contributions* |
|------|------------------------|
| 53 - 59 | $34.00 |
| 60 - 69 | $136.00 |

*Contributions increase on the anniversary of the Effective Date of Issue at ages   60

# EXHIBIT B

Date Prepared: 4/19/2019

LTCERT805                             CCS                                Ed. 11-06



*Administrative Offices*: 909 North Washington Street, Alexandria, VA 22314   800-776-2322   www.afba.com

(hereinafter called the Insurance Company or 5 Star Life)

**Certifies** that under and subject to the terms and conditions of the Group Level Term Life Insurance Policy (the Group Policy) Number shown on the attached Coverage and Contribution Schedule issued to:

### ARMED FORCES BENEFIT ASSOCIATION

(hereinafter called the Association)

the Member or Associate Member named in the Coverage and Contribution Schedule provided by the Association is covered for the Group Level Term Life Insurance Coverage described herein and for the Coverage Amount indicated on such Coverage and Contribution Schedule. The effective date is shown on the Coverage and Contribution Schedule. On receipt of Due Proof at the Administrative Offices of 5 Star Life of the death of the Covered Person occurring while covered under said Group Policy, 5 Star Life shall pay to the Beneficiary the amount of Coverage in force on the Covered Person at the date of death. Payment is subject to the conditions and provisions set forth in this Certificate of Insurance Coverage.

**Right of Examination** - This Certificate may be returned by delivering or mailing it to the Association within 30 days of the date the Covered Person receives it. If the law of the state where the certificate is delivered provides a different period, the law of the state governs. Immediately on such delivery or mailing, the Coverage shall be deemed void from the beginning. Any contribution made on the Coverage will then be refunded.

*Michael R. Moser*
*Secretary*

*Mark E. [signature]*
*President*

### AFBA's
### GROUP LEVEL TERM LIFE INSURANCE COVERAGE
### MEMBER AND ASSOCIATE MEMBER CERTIFICATE

### READ YOUR CERTIFICATE CAREFULLY

LTCERT805                                        1                                        Ed. 11-06

## DEFINITIONS

AGE means on any given date, the Age of the Covered Person on his or her last birthday.

ASSOCIATE MEMBER means a current or former dependent of a "Member" as defined below.

"Current or former dependent" means a person who is now or at one time was a "dependent" as defined below of a Member or Associate Member covered under the policy:
    (a) the spouse of the Member or Associate Member;
    (b) each child of a Member or Associate Member while:
        (i) unmarried;
        (ii) not employed on a regular full-time basis;
        (iii) dependent on the Member or Associate Member for support; and
        (iv) 15 days of age but less than 21 years of age (less than 23 years of age if a full-time student.)

The term "child" includes natural children, stepchildren, and adopted children.

    (c) However, if on attaining the maximum Age to be considered a dependent, the child is incapable of self-sustaining employment by reason of mental or physical incapacity, the child shall continue to be deemed a dependent during the uninterrupted continuation of said incapacity and while the child is otherwise included as a "dependent" under the above definition.

BENEFICIARY means the party(ies) so named in the Enrollment Form, unless later changed as provided in the policy.

COVERAGE means a one-year period of time starting on successive Coverage anniversaries, with the first Coverage year starting on the Effective Date of Issue.

COVERAGE AND CONTRIBUTION SCHEDULE means the pages of this certificate so titled which show Your benefits, contributions, and other information.

COVERAGE AMOUNT means the death benefit amount shown in the Coverage and Contribution Schedule.

COVERED PERSON means the person whose life is covered under the policy as shown in the Coverage and Contribution Schedule.

DUE PROOF means reasonable information as to the existence of fact or condition.

EFFECTIVE DATE OF ISSUE means the date shown in the Coverage and Contribution Schedule. The Suicide and Contestability provisions use this date.

ENROLLMENT FORM means the Enrollment Form for this certificate which is attached to and made part of this certificate.

EXPIRY DATE means the date the Covered Person reaches Age 70.

IN FULL FORCE means that the policy has not lapsed in accordance with the Grace Period provision.

LTCERT805          3          Ed. 11-06

**ELIGIBILITY**
The eligible Class of Covered Persons includes all Members and Associate Members as defined in the section entitled "Definitions."

**DATES OF ELIGIBILITY OF MEMBERS OR ASSOCIATE MEMBERS**
Each Member or Associate Member in the Eligible Class shall become eligible for insurance upon submission of an Enrollment Form.

**EFFECTIVE DATES OF INSURANCE COVERAGE OF MEMBERS OR ASSOCIATE MEMBERS**
Each Member or Associate Member shall be covered for Group Level Term insurance Coverage described in this certificate effective on the date each person's requested Coverage is approved by the Association, provided that:
(a) Application for such Coverage is made on the prescribed Enrollment Form;
(b) The required initial contribution has been paid;
(c) The guidelines established by 5 Star Life have been satisfied; and
(d) Any required evidence of insurability has been provided and approved.

An Enrollment Form shall be deemed declined if it has not been approved within 60 days of receipt of all information required by 5 Star Life. The amount paid shall be refunded to the applicant.

**RIGHT TO REQUIRE EVIDENCE OF INSURABILITY**
5 Star Life may require evidence of insurability prior to the date insurance Coverage becomes effective in addition to the statements required to be declared on the Enrollment Form.

**CONTINUATION OF COVERAGE UPON RETIREMENT OR SEPARATION**
Each Active Member or Associate Member of the Association may continue to be covered under the Group Policy following such Member's retirement or separation from Active Duty or the Reserve Forces. This is subject to the provision herein entitled Termination of Coverage. This continuation of Coverage is available; if such Member or Associate Member is in good standing with the Association at the end of the calendar month in which the Member is retired or separated.

**OWNER, CHANGE OF OWNERSHIP**
The rights and privileges of the insurance Coverage belong to the Owner during the Covered Person's lifetime. The Covered Person is the Owner unless a different Owner is named by You. If the Owner dies before the Covered Person, the rights and privileges of ownership will vest in the executors, administrators or assignees of the Owner.

You may assign ownership by required Written Notice to the Association. When Written Notice is received, the change will take effect on the date the notice was signed. The change will take effect whether or not You or the Covered Person is then alive. A change shall be subject to the rights of any assignee of record with the Association, and subject to any payment made or other action taken by the Association or 5 Star Life before the Request is received.

**BENEFICIARY PROVISIONS**
The Beneficiary shall be the person designated on the Covered Person's Enrollment Form, or on any valid change of beneficiary form subject to the terms and conditions specified in such enrollment or change form. The Covered Person may from time to time change the Beneficiary by filing Written Notice thereof with the Association. After such Written Notice has been received, the change shall relate back to take effect as of the date the Covered Person signed said Written Notice. This change is valid whether or not the Covered Person is living at the time of the receipt of such Written Notice, but without prejudice to 5 Star Life on account of any payment made by them before receipt of such Written Notice.

**PAYMENT OF CLAIMS**
5 Star Life will pay a benefit to the Member's or Associate Member's Beneficiary upon receipt at its Administrative Offices of Due Proof of the death of the Member or Associate Member while covered under this Coverage. This benefit is equal to the amount of Coverage in force under this Coverage at the Member's or Associate Member's death, as determined from the most recent Coverage and Contribution Schedule issued to the Covered Person.

The Member's or Associate Member's Beneficiary will be determined from the Beneficiary provisions.

The death benefit will be paid in one sum under this program. But, the Member or Associate Member may elect to have such benefit paid under a Settlement Option. If no such option is in effect at the Member's or Associate Member's death, the Beneficiary may elect one. In either case, 5 Star Life must agree to and acknowledge the option selected.

**ASSIGNMENT**
A Covered Person may assign the interest and ownership in this Coverage, without the consent of any revocable Beneficiary, by filing Written Notice with the Association. Such notice shall be on a form furnished by 5 Star Life for that purpose. When received, whether or not the Assignee or the Covered Person is then alive, the change will take effect on the date the notice was signed.

A change shall be subject to the rights of any Assignee of record with the Association, and subject to any payment made or other action taken by the Association or 5 Star Life before the notice is received.

5 Star Life and the Association shall not be bound by an assignment unless it is in writing and a duplicate copy of the original assignment has been filed with 5 Star Life. Nor shall they be responsible for determining the validity or sufficiency of an assignment.

The interest of the Assignee, any interest of the Covered Person, and any revocable Beneficiary shall be subject to the terms of the assignment.

**INCONTESTABILITY**
No statement or representation by an individual under the Group Policy which relates to the insurability of the person on whose behalf Coverage is applied for shall be used in contesting the validity of:
(a)   such person's Coverage; or
(b)   that Coverage or portion of such person's Coverage with respect to which the statement or representation was made;

after such insurance Coverage, or portion, as the case may be, has been in force before the contest for 2 years during such person's life, except when contributions are insufficient to keep the Coverage in force.

Nor shall such statement or representation be used at all unless:
(1)   contained in a written instrument signed by the person making such statement or representation; and
(2)   a copy of that instrument is or was provided to such person or such person's Beneficiary or personal representative.

**SUICIDE**
If the Covered Person commits suicide, while sane or insane, within two years (one year in North Dakota and Colorado) from the Effective Date of Coverage; or from the Effective Date of any approved increase in Coverage, no benefits will be paid. If the law of the state where the certificate is delivered provides a different period, the law of the state governs. However, in each such instance, all contributions received will be remitted to the Beneficiary.

**THE CONTRACT**
The Group Policy is the contract of insurance Coverage between the Association and 5 Star Life. The Group Policy contains all the terms and conditions of the Covered Person's Coverage all of which are also contained in this individual Certificate of Insurance Coverage.

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may call 5 Star Life Insurance Company's toll-free telephone number for information or to make a complaint at: :

**1-800-776-2322**

You may also write to 5 Star Life Insurance Company at:

5 Star Life Insurance Company
909 North Washington Street
Alexandria, Virginia 22314

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights, or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance:
P.O. Box 149104
Austin, TX 78714-9104
FAX (512) 490-1007
Web: www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

**PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim you should contact the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for information only and does not become a part or condition of the attached document.

## AVISO IMPORTANTE

Para obtener información o para presentar una queja:

Usted puede llamar al número de teléfono gratuito de 5 Star Life Insurance Company's para obtener información o para presentar una queja al:

**1-800-776-2322**

Usted también puede escribir a 5 Star Life Insurance Company:

5 Star Life Insurance Company
909 North Washington Street
Alexandria, Virginia 22314

Usted puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre compañías, coberturas, derechos, o quejas al:

**1-800-252-3439**

Usted puede escribir al Departamento de Seguros de Texas a:
P.O. Box 149104
Austin, TX 78714-9104
FAX (512) 490-1007
Sitio web: www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

**DISPUTAS POR PRIMAS DE SEGUROS O RECLAMACIONES:** Si tiene una disputa relacionada con su prima de seguro o con una reclamación, usted debe comunicarse col la compañía primero. Si la disputa no es resuelta, usted puede comunicarse con el Departamento de Seguros de Texas.

**ADJUNTE ESTE AVISO A SU PÓLIZA:** Este aviso es solamente para propósitos informativos y no se convierte en parte o en condición del documento adjunto.

Form CMPLNT R616-TX

*IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE*
*TEXAS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION*
*(For insurers declared insolvent or impaired on or after September 1, 2011)*

Texas law establishes a system to protect Texas policyholders if their life or health insurance company fails. The Texas Life and Health Insurance Guaranty Association ("the Association") administers this protection system. Only the policyholders of insurance companies that are members of the Association are eligible for this protection which is subject to the terms, limitations, and conditions of the Association law. (The law is found in the *Texas Insurance Code*, Chapter 463.)

**It is possible that the Association may not protect all or part of your policy because of statutory limitations.**

### Eligibility for Protection by the Association

When a member insurance company is found to be insolvent and placed under any order of liquidation by a court or designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:

- Residents of Texas **(regardless of where the policyholder lived when the policy was issued)**
- Residents of other states, ONLY if the following conditions are met:
  1. The policyholder has a policy with a company domiciled in Texas;
  2. The policyholder's state of residence has a similar guaranty association; and
  3. The policyholder is *not eligible* for coverage by the guaranty association of the policyholder's state of residence.

### Limits of Protection by the Association

**Accident, Accident and Health, or Health Insurance:**
- For each individual covered under one or more policies: up to a total of $500,000 for basic hospital, medical-surgical, and major medical insurance, $300,000 for disability or long term care insurance, or $200,000 for other types of health insurance.

**Life insurance:**
- Net cash surrender value or net cash withdrawal value up to a total of $100,000 under one or more policies on a single life; or
- Death benefits up to a total of $300,000 under one or more policies on a single life; or
- Total benefits up to a total of $5,000,000 to any owner of multiple non-group life policies.

**Individual Annuities:**
- Present value of benefits up to a total of $250,000 under one or more contracts on any one life.

**Group Annuities:**
- Present value of allocated benefits up to a total of $250,000 on any one life; or
- Present value of unallocated benefits up to a total of $5,000,000 for one contractholder regardless of the number of contracts.

**Aggregate Limit:**
- $300,000 on any one life with the exception of the $500,000 health insurance limit, the $5,000,000 multiple owner life insurance limit, and the $5,000,000 unallocated group annuity limit.

These limits are applied for each insolvent insurance company.

**Insurance companies and agents are prohibited by law from using the existence of the Association for the purpose of sales, solicitation, or inducement to purchase any form of insurance. When you are selecting an insurance company, you should not rely on Association coverage. For additional questions on Association protection or general information about an insurance company, please use the following contact information.**

Texas Life and Health Insurance
  Guaranty Association
515 Congress Avenue, Suite 1875
Austin, Texas 78701
800-982-6362 or www.txlifega.org

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
800-252-3439 or www.tdi.state.tx.us

**GAA-TX**                                                                                          REV.8-11-14

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| To obtain information or make a complaint: | Para obtener información o para presentar una queja: |
| You may call 5 Star Life Insurance Company's toll-free telephone number for information or to make a complaint at: : | Usted puede llamar al número de teléfono gratuito de 5 Star Life Insurance Company's para obtener información o para presentar una queja al: |
| **1-800-776-2322** | **1-800-776-2322** |
| You may also write to 5 Star Life Insurance Company at: | Usted también puede escribir a 5 Star Life Insurance Company: |
| 5 Star Life Insurance Company<br>909 North Washington Street<br>Alexandria, Virginia 22314 | 5 Star Life Insurance Company<br>909 North Washington Street<br>Alexandria, Virginia 22314 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights, or complaints at: | Usted puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre compañías, coberturas, derechos, o quejas al: |
| **1-800-252-3439** | **1-800-252-3439** |
| You may write the Texas Department of Insurance:<br>P.O. Box 149104<br>Austin, TX 78714-9104<br>FAX (512) 490-1007<br>Web: www.tdi.texas.gov<br>E-mail: ConsumerProtection@tdi.texas.gov | Usted puede escribir al Departamento de Seguros de Texas a:<br>P.O. Box 149104<br>Austin, TX 78714-9104<br>FAX (512) 490-1007<br>Sitio web: www.tdi.texas.gov<br>E-mail: ConsumerProtection@tdi.texas.gov |
| **PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim you should contact the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance. | **DISPUTAS POR PRIMAS DE SEGUROS O RECLAMACIONES:** Si tiene una disputa relacionada con su prima de seguro o con una reclamación, usted debe comunicarse col la compañía primero. Si la disputa no es resuelta, usted puede comunicarse con el Departamento de Seguros de Texas. |
| **ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for information only and does not become a part or condition of the attached document. | **ADJUNTE ESTE AVISO A SU PÓLIZA:** Este aviso es solamente para propósitos informativos y no se convierte en parte o en condición del documento adjunto. |

Form CMPLNT R616-TX



909 North Washington Street, Alexandria, VA 22314 • 800-776-2322 • www.afba.com

04/30/2021

MRS HAZEL REYNA
5310 RAMBOWLLETTE DRIVE
SAN ANTONIO, TX 78247

Re:  Claim Number:   ILC-19230-01
     Policy Number:  1910800657

Dear MRS REYNA,

    Once again, we send our sincere condolences to you and your family on your loss.

    After careful review of DALE P JUAREZ'S medical records, we regret we must deny liability for the Group Level Term Life Insurance. MR JUAREZ'S medical records show that the insured was diagnosed with and/or being treated for a history of Diabetes, Chronic back pain in combination with elevated height and weight prior to the application date. Therefore, Statement of Health Question IB was answered incorrectly. We have highlighted the question on the copy of the application which we have enclosed for your convenience.

    We regret the decision could not be more favorable. If you have further information that you feel would affect our decision, we invite you to forward it to us for our review and consideration.

    A check for the full refund of premiums paid will be sent under separate cover.

Sincerely,

*Christine A. Lenihan*
Christine A. Lenihan
Director of Claims

**EXHIBIT C**